In the Matter of JOSHUA BERNSTEIN, a Disbarred Attorney, Appellant. GRIEVANCE COMMITTEE FOR THE SECOND, ELEVENTH, AND THIRTEENTH JUDICIAL DISTRICTS, Petitioner.

Decided October 26, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua

sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.